UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRENDA BARRON,<br><br>            Defendant/Petitioner. | Case No.  2:10-cv-00580-EJL<br>                2:09-cr-00263-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **December 5, 2011**

*/s/ Edward J. Lodge*

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT**